IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BILLINGS YELLOW CAB, LLC, a Montana Corporation, </br></br>Plaintiff, </br></br>vs. </br></br>NATIONAL INDEMNITY COMPANY, ZURICH AGENCY SERVICES, INC., NORTHERN STATES AGENCY, INC., and JOHN DOES 1-125. </br></br>Defendants. | CV 22-3-BLG-SPW </br></br></br></br></br>ORDER |

Upon Plaintiff's Unopposed Motion to Remand (Doc. 14) that the amount in controversy in this matter is less that the jurisdictional prerequisite of $75,000 to support diversity jurisdiction, and good cause being shown,

**IT IS HEREBY ORDERED** that Plaintiff's Unopposed Motion to Remand (Doc. 14) is **GRANTED.** This matter is remanded back to Montana's Thirteenth Judicial District Court, Yellowstone County, under Cause No. DV 20-1405.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to send a certified copy of this Order to the Yellowstone County Clerk of District Court.

1

**IT IS FURTHER ORDERED** that the telephonic pretrial conference set for Thursday, March 10, 2022 at 10:30 a.m. is **VACATED,** in addition to all deadlines outlined in this Court's Preliminary Pretrial Conference Order (Doc. 2).

**IT IS FURTHER ORDERED** that Defendant, Northern States Agency, Inc.'s Motion to Dismiss (Doc. 8) is **DENIED** because this Court is without jurisdiction.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 10th day of February, 2022.

SUSAN P. WATTERS
United States District Judge